No. 147. HILL, ADMINISTRATRIX, v. WATERMAN STEAMSHIP CORP. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Abraham E. Freedman, Milton M. Borowsky* and *Martin J. Vigderman* for petitioner. *Thomas F. Mount* and *J. Welles Henderson, Jr.* for respondent.

No. 487. FILIPEK v. MOORE-MCCORMACK LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *James W. Forsyth* for petitioner. *Walter X. Connor, Thomas F. Feeney* and *Charles N. Fiddler* for Moore-McCormack Lines, Inc., respondent.

No. 585. FERRAIOLO v. NEWMAN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Ralph Rudd* and *Morris J. Levy* for petitioner. *Louis Loss* for respondent. *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* filed a brief for the Securities and Exchange Commission, as *amicus curiae,* in support of petitioner.

No. 612. KAPLAN TRUCKING CO. v. BOWERS, TAX COMMISSIONER OF OHIO. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *John P. McMahon* for petitioner. *Mark McElroy,* Attorney General of Ohio, and *John M. Tobin,* Assistant Attorney General, for respondent.

No. 328, Misc. CRAIN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.